# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Najee Sabir Odoms, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Pathfinder Inspections Field ) | |
| Services, LLC, ) | Case No. 1:21-cv-009 |
| ) | |
| Defendant. ) | |

On May 25, 2022, the court held a mid-discovery conference with the parties by telephone. Pursuant to its discussion with the parties, the court shall amend the pretrial deadlines as follows: the parties shall have until June 14, 2022, to file dispositive motions (e.g., summary judgment).

**IT IS SO ORDERED.**

Dated this 25th day of May, 2022.

                                             */s/ Clare R. Hochhalter*
                                             Clare R. Hochhalter, Magistrate Judge
                                             United States District Court