# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Najee Sabir Odoms, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:21-cv-009 |
| Pathfinder Inspections Field Services, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised that the parties have reached a settlement.  See Docket No. 36.  Pursuant to Local Civil Rule 41.1, the parties are directed to file their closing documents on or before July 27, 2022.  See D.N.D. Civ. L. R. 41.1.

**IT IS SO ORDERED**.

Dated this 27th day of June, 2022.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court